UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 24-682 |
| | : | |
| | : | |
| vs. | : | **SCHEDULING ORDER** |
| | : | |
| | : | |
| **CHRISTOPHER SCANLON** | : | |

   This matter having come before the Court for arraignment; and the United States being represented by Phillip Sellinger, United States Attorney for the District of New Jersey (by Megan Linares and Aaron Webman, Assistant U.S. Attorney, appearing); and the Defendant being represented by Michael Weinstein, Esq.; and the parties having met and conferred prior to arraignment and having disputed whether this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having disputed the deadlines for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted Defendant's proposed schedule, and for good cause shown,

It is on this 24th day of October 2024, ORDERED that:

   1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before November 8, 2024.

   2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, on or before November 8, 2024. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

   3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before November 8, 2024.

2

    4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before November 8, 2024.

    5. The following shall be the schedule for pretrial motions in this matter:

        a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before _____;

        b) The Government shall file any response to the Defendant's pretrial motions on or before _____;

        c) The Defendant shall file any reply on or before _____; and

        d) Oral argument on pretrial motions shall be held on _____ at \_\_\_\_ a.m./p.m.

    6. Jury selection shall commence on December \_\_, 2024, at _____, and trial shall commence immediately thereafter.

 

                               _____
                               **Honorable Claire C. Cecchi**
                               **United States District Judge**