

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

May 1, 2025

United States District Court
Clerk's Office
Attn: Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: United States v. Christopher James Scanlon
    <u>Crim No. 2:24-682/2:23mj10168</u>

Dear Mr. Dixon:

  This matter has been completed with respect to defendant Christopher James Scanlon. Please cancel your Personal Recognizance Bond for $5,000,000.00, which was filed on June 9, 2023 under docket entry no. 13 and secured with 20% cash on deposit with the Court.

  Any judgments or liens associated with this recognizance bond may be cancelled of record. Thank you for your assistance.

           Respectfully submitted,

           ALINA HABBA
           United States Attorney

           s/Aaron L. Webman

         By: AARON L. WEBMAN
           Assistant U.S. Attorney